WILLIAM H. BUTLER, as Administrator of the Estate of BENJAMIN BUTLER, Deceased, Appellant, *v.* BUFFALO, ROCHESTER AND PITTSBURG RAILWAY COMPANY, Respondent, Impleaded with Others.

*Butler* v. *Buffalo, R. & P. Ry. Co.*, 142 App. Div. 282, affirmed.
(Argued April 8, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 2, 1911, affirming a judgment in favor

of defendants entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants.

*E. D. Northrup* and *Charles Van Voorhis* for appellant.

*Samuel M. Havens* and *James S. Havens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.